DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

19 AUGUST 2014

| 266P14 | Robert Carpenter and Tammy Carpenter, individually and Tammy Carpenter as Administrator of the Estate of Monique L. Carpenter v. Willie McKinney, individually and jointly and severally with Windham Heating and Air Conditioning, Inc., individually and jointly and severally with Old Republic Home Protection Company, Inc., individually jointly and severally with Paul Edward Windham, individually and d/b/a Windham Heating & Air | Def's (Old Republic Home Protection Company, Inc.) Motion for Extension of Time to File Response | Allowed 08/13/2014 |
| --- | --- | --- | --- |
| 274P14 | State v. Jerrod Stephon Hill | State's Motion for Temporary Stay (COA13-188) | Allowed 08/04/2014 |
| 285P97-2 | State v. Darryl Anthony Howard | State's Motion for Temporary Stay | Allowed 07/16/2014 |
| 285P14 | Monica Wilson and Wilson Law Group PLLC v. N.C. Dept. of Commerce; N.C. Dept. of Commerce, Division of Employment Security; Sharon Allred Decker, in her capacity as Secretary of Commerce; and Dale R. Folwell, in his capacity as Assistant Secretary of Employment Security | 1. Def's Motion for Temporary Stay<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed 08/07/2014 Dissolved 08/19/2014<br><br>2. Special Order<br><br><br><br><br><br>**Jackson, J., recused** |
| 295P12-2 | State v. Lawrence Donell Flood, Sr. | Def's *Pro Se* Petition for *Writ of Mandamus* (COA11-856) | Dismissed |